Robert L. Brace, Cal. Bar No.122240
Michael P. Denver, Cal. Bar No.199279
HOLLISTER & BRACE
A Professional Corporation
1126 Santa Barbara Street
Post Office Box 630
Santa Barbara, CA 93102
Telephone: (805) 963-6711
Facsimile: (805) 965-0329
Attorney for Independent Fiduciary

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ELAINE CHAO, Secretary of the United States Department of Labor, | 3:01-CV-0698-ECR-RAM |
| Plaintiff, v. | STATEMENT OF CASE STATUS |
| JAMES GRAF, et al., Defendants. | |

TO THE COURT:

PLEASE TAKE NOTICE THAT the Court-Appointed Independent Fiduciary Thomas A. Dillon has completed his litigation directed at recovering funds and is in the process of obtaining approval to disburse those funds to victims from the Court in the action in which Dillon was appointed Independent Fiduciary (*Chao v. Graf, et al. v. James Graf, et al.*, Case No. CV-N-03-0119 DAE-VPC).

DATED: January 30, 2009

HOLLISTER & BRACE
A Professional Corporation

By: /s/ Michael P. Denver
MICHAEL P. DENVER
Attorney for Independent Fiduciary

1
STATEMENT OF CASE STATUS

F:\MATTER\WK3\6583.001\FINAL NOTICE\Statement_CaseStatus012909.doc

## PROOF OF SERVICE

The foregoing document titled as **STATEMENT OF CASE STATUS** was served on **January 30, 2009** on the interested parties in this action via electronic service using the Court's CM/ECF system.

[X] (Federal)   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
SUZETTE WARREN