FILED

FEB 27 2009

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| In re: JAMES L. GRAF, | No. 08-80126 |
|---|---|
| Respondent. | ORDER |

Respondent's request for an extension of time to file a response to this court's January 28, 2009 order to show cause is granted. The response is due on or before March 30, 2009.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

Monica Fernandez
Motions Attorney/Deputy Clerk

MF/Pro Se