IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | | |
|---|---|---|
| THOMAS A. DILLON, | § | NO. CV-N-03-119-DAE-VPC |
| INDEPENDENT FIDUCIARY OF | § | |
| EMPLOYERS MUTUAL, LLC, AND | § | |
| THE EMPLOYERS MUTUAL | § | |
| PLANS, AND, THE CLASS | § | |
| REPRESENTATIVE OF THE CLASS | § | |
| OF INDIVIDUALS, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | |
| JAMES GRAF; WILLIAM KOKOTT; | § | |
| NICHOLAS E. ANGELOS; | § | |
| EMPLOYERS MUTUAL, LLC, et al., | § | |
| | § | |
| Defendants. | § | |

<u>AMENDED ORDER SETTING HEARING</u>

The matter before the Court is a Notice of Motion and Motion for

Final Distribution of Funds.  (Dkt. # 1647.)  It is hereby **ORDERED** that this

matter is set for an in-person hearing on **Thursday, September 1, 2022,** at

**9:30am.**, in a **<u>Courtroom 3</u>** in the Bruce R. Thompson Federal Courthouse,

400 S. Virginia St., Reno, NV 89501.  The parties are reminded that all counsel

must appear in-person.  No telephonic requests will be accommodated.

**IT IS SO ORDERED.**

**DATED**:  Reno, Nevada, August 25, 2022.

_____
David Alan Ezra
Senior United States District Judge